JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. DILLON, | Case No. 2:20-CV-00506-JAD-VCF |
| Plaintiff, | |
| vs. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER |
| US BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC, | FIRST REQUEST |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 24, 2020, through and including **May 26, 2020**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 24th day of April, 2020.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

**No opposition**

/s/ Erik W. Fox
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW
2580 St Rose Parkway, Suite 330
Henderson NV 89074
Phone: (702) 748-7777
Fax: (702) 966-3880
Email: ewf@cogburncares.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  4-24-2020

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 24th day of April, 2020, via CM/ECF, upon all counsel of record:

Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW
2580 St Rose Parkway, Suite 330
Henderson NV 89074
Phone: (702) 748-7777
Fax: (702) 966-3880
Email: ewf@cogburncares.com

Tyson E Hafen
Duane Morris LLP
100 North City Parkway
Suite 1560
Las Vegas, NV 89106
7028682655
Fax: 7023856862
Email: tehafen@duanemorris.com
Attorney for US Bank, National Association

Jennifer Rebecca Bergh
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214-560-5460
Email: jbergh@qslwm.com
Attorney for TransUnion, LLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com