1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. DILLON, an individual, | Case Number 2:20-cv-00506-JAD-VCF |
| Plaintiff, | |
| vs. | |
| U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |
| Defendants. | ECF No. 26 |

Plaintiff, Thomas M. Dillon ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned matter

. . .

. . .

. . .

. . .

be dismissed with prejudice as to Equifax Information Services LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 7th day of July, 2020.　　　　　　　　Dated this 7th day of July, 2020.

**COGBURN LAW**　　　　　　　　　　　　　　**CLARK HILL PLLC**

By: */s/Erik W. Fox*　　　　　　　　　　　　　By: */s/Jeremy J. Thompson*
　　Jamie S. Cogburn, Esq.　　　　　　　　　　　Jeremy J. Thompson, Esq.
　　Nevada Bar No. 8409　　　　　　　　　　　　Nevada Bar No. 12503
　　Erik W. Fox, Esq.　　　　　　　　　　　　　3800 Howard Hughes Parkway, Suite 500
　　Nevada Bar No. 8804　　　　　　　　　　　　Las Vegas, NV 89169
　　2580 St. Rose Parkway, Suite 330　　　　　　*Attorneys for Equifax Information*
　　Henderson, Nevada 89074　　　　　　　　　　*Services LLC*
　　*Attorneys for Plaintiff*

## ORDER

Based on the joint motion by plaintiff and Equifax Information Services LLC **[ECF No. 26]** and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Equifax Information Services LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2020