JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail:         jthompson@clarkhill.com
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. DILLON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:20-cv-00506-JAD-VCF<br><br>**MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |

Defendant, Equifax Information Services LLC ("Equifax"), moves this Court for an order removing JEREMY J. THOMPSON of Clark Hill PLLC from the service list of counsel in this matter.

An Order [ECF No. 27] was entered July 9, 2020 granting Joint Motion Dismissing Action with Prejudice as to Defendant Equifax Information Services LLC Only [ECF No. 26].

Respectfully submitted, this 13th day of July, 2020.

IT IS SO ORDERED.

_/s/ Cam Ferenbach_
Cam Ferenbach
United States Magistrate Judge

7-14-2020
Dated:_____

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 13th day of July, 2020, via the Court's CM/ECF system, which will send notification to all counsel of record.

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com