COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. DILLON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:20-cv-00506-JAD-VCF<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY**<br><br>ECF No. 30 |

Plaintiff, Thomas M. Dillon ("Plaintiff") and Defendant, Trans Union LLC, by and through their respective attorneys of record, request that the above-captioned matter be dismissed with

. . .

. . .

. . .

. . .

prejudice as to Trans Union LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 17th day of August, 2020.                    Dated this 17th day of August, 2020.

**COGBURN LAW**                                         **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

By: */s/Erik W. Fox*                                    By: */s/Jennifer Bergh*
    Jamie S. Cogburn, Esq.                                Jennifer Bergh, Esq.
    Nevada Bar No. 8409                                   Nevada Bar No. 14480
    Erik W. Fox, Esq.                                     6900 N. Dallas Parkway, Suite 800
    Nevada Bar No. 8804                                   Plano, TX 75024
    2580 St. Rose Parkway, Suite 330                      *Attorneys for Trans Union LLC*
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

## ORDER

    With good cause appearing, IT IS HEREBY ORDERED that the joint motion between plaintiff and Trans Union LLC **[ECF No. 30]** is GRANTED; ALL CLAIMS AGAINST Trans Union LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2020