COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. DILLON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:20-cv-00506-JAD-VCF<br><br>**Order Granting**<br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT U.S. BANK, N.A. ONLY**<br><br>ECF No. 33 |

Plaintiff, Thomas M. Dillon ("Plaintiff") and Defendant, U.S. Bank, N.A., by and through their respective attorneys of record, request that the above-captioned matter be dismissed with

. . .

. . .

. . .

. . .

prejudice as to U.S. Bank, N.A. only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 1st day of September, 2020.

**COGBURN LAW**

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 1st day of September, 2020.

**DUANE MORRIS LLP**

By: */s/Tyson E. Hafen*
    Tyson E. Hafen, Esq.
    Nevada Bar No. 13139
    100 North City Parkway, Suite 1560
    Las Vegas, NV 89106
    *Attorneys for U.S. Bank, N.A.*

## ORDER

With good cause appearing, IT IS HEREBY ORDERED that the joint motion to dismiss claims against defendant U.S. Bank, N.A. [ECF No. 33] is GRANTED; ALL CLAIMS AGAINST U.S. Bank, N.A. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 2, 2020